IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30616
Conference Calendar
_____


TOBY IHLI,

                                        Plaintiff-Appellant,

versus

STUART F. SAMSON, M.D.,

                                        Defendant-Appellee.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CV-2715
- - - - - - - - - - -
June 17, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Toby Ihli appeals the dismissal of his civil rights suit for

failure to state a claim.  See Fed. R. App. P. 12(b)(6).  He

argues that the district court did not apply the correct standard

under Rule 12(b)(6) and that there are conceivable sets of facts

under his claim which, if proved, would support a cause of action

under 42 U.S.C. § 1983.  He also argues that the court erred by

dismissing the complaint with prejudice.

     We have independently reviewed the arguments and the

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

appellate record.  We conclude that the district court did not err in its conclusion that Ihli failed to state a claim because his allegations did not implicate the deprivation of a constitutional right.  See Lowrey v. Texas A & M Univ. Sys., 117 F.3d 242, 246-47 (5th Cir. 1997); Daniel v. Ferguson, 839 F.2d 1124, 1128 (5th Cir. 1988).  Nor did the district court err in dismissing the complaint with prejudice.

AFFIRMED.